IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCAIFE, as Guardian of ANDREW E. SCAIFE, Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and NATIONAL CREDIT SYSTEMS, INC., Defendants. | CASE NO.: 1:20-cv-00379-CLM |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION

IT IS HEREBY STIPULATED by and between Plaintiff Christopher Scaife, as Guardian of Andrew E. Scaife, and Defendant Trans Union, LLC, by and through their designated counsel, that the above captioned action be and hereby is DISMISSED WITH PREJUDICE as to Defendant Trans Union, LLC, with each party to bear its own attorney's fees and costs. The claims against Experian Information Solutions, Inc. and National Credit Systems, Inc. remain pending.

Respectfully submitted this 14th day of July, 2020.

J. Gabriel Carpenter
ALABAMA CONSUMER LAW GROUP, LLC
P.O. Box 756
Talladega, AL 35161
(256) 761-1858

gabe@aclg.law

*/s/ Matthew W. Robinett*

Matthew W. Robinett
*Attorney for Defendant Trans Union, LLC*
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14th, 2020, I caused the foregoing to be electronically filed with the clerk of court for the U.S. District Court, Northern District of Alabama, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

L. Jackson Young, Jr.
*Attorney for Experian*
FERGUSON FROST & DODSON, LLP
P.O. Box 430189
Birmingham, AL 35243
ljy@ffmylaw.com

Mary Sharon Koyak
*Attorney for National Credit*
P.O. Box 187
Florence, AL 35631
shari@koyaklaw.com

/s/ J. Gabriel Carpenter

J. Gabriel Carpenter
*Attorney for Christopher Scaife*