# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SCAIFE, as guardian of ANDREW E. SCAIFE,** } } } } | |
| **Plaintiff,** } } | Case No. 1:20-CV-00379-CLM |
| v. } } | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** *et al.*, } } } | |
| **Defendants.** } | |

## **ORDER**

Pending before the court is the Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax (doc. 39), filed by Plaintiff Christopher Scaife, as Guardian for Andrew E. Scaife and Defendant Trans Union, LLC.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Scaife's claims against Defendant Equifax Information Services, LLC are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs and are taxed as paid. The Clerk is **DIRECTED** to terminate Equifax as a defendant in this case.

Plaintiff's claims against Defendant Experian Information Solutions, Inc. and National Credit Systems, Inc. remain before the Court.

**DONE** and **ORDERED** this 15th day of July, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE