IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCAIFE, as Guardian of ANDREW E. SCAIFE, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and NATIONAL CREDIT SYSTEMS, INC., Defendants. | CASE NO.: 1:20-cv-00379-CLM |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN

IT IS HEREBY STIPULATED by and between Plaintiff Christopher Scaife, as Guardian of Andrew E. Scaife, and Defendant Experian Information Solutions, Inc. by and through their designated counsel, that the above captioned action be and hereby is DISMISSED WITH PREJUDICE as to Defendant Experian Information Solutions, Inc. with each party to bear its own attorney's fees and costs. The claims against National Credit Systems, Inc. remain pending.

Respectfully submitted this 27th day of October, 2020.

_____
J. Gabriel Carpenter
*Attorney for Plaintiff*
ALABAMA CONSUMER LAW GROUP, LLC
P.O. Box 756
Talladega, AL 35161

(256) 761-1858
gabe@aclg.law

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr.
*Attorney for Experian*
MOORE YOUNG FOSTER & HAZELTON, LLP
1122 Edenton Street
Birmingham, Alabama 35242
jyoung@my-defense.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I caused the foregoing to be electronically filed with the clerk of court for the U.S. District Court, Northern District of Alabama, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Mary Sharon Koyak
*Attorney for National Credit*
P.O. Box 187
Florence, AL 35631
shari@koyaklaw.com

J. Gabriel Carpenter
*Attorney for Christopher Scaife*