# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SCAIFE, as Guardian of ANDREW E. SCAIFE** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** | ) ) ) |
| **Defendants.** | ) |

Case No.: 1:20-cv-00379-CLM

## ORDER OF DISMISSAL

The court acknowledges receipt of the joint stipulation of dismissal filed as between Plaintiff and Defendant Experian Information Solutions, Inc. on October 27, 2020. Doc. 49.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendant Experian Information Solutions, Inc. are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs. The CLERK is **DIRECTED** to terminate Experian as a defendant in this case.

Plaintiff's claims against National Credit Systems, Inc. remain before the court.

**DONE** and **ORDERED** this October 28, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE