# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SCAIFE, as** )<br>**Guardian of ANDREW E. SCAIFE,**)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC.,** )<br>**TRANSUNION, LLC,** )<br>**EQUIFAX INFORMATION** )<br>**SERVICES, LLC and** )<br>**NATIONAL CREDIT SYSTEMS,** )<br>**INC.,** )<br>    **Defendants.** ) | **CASE NO.: 1:20-cv-00379-CLM** |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

Plaintiff Christopher Scaife, as Guardian of Andrew E. Scaife, ("Plaintiff") and Defendant National Credit Systems, Inc. (collectively, the "Parties"), by and through undersigned counsel, hereby notify the Court that the Parties have reached an agreement to settle the claims at issue between the Parties in this lawsuit. The Parties are in the process of finalizing the relevant paperwork and anticipate that the settlement agreement, and all requirements thereunder, will be completed within the next thirty (30) days, at which time this action will be dismissed.

The Parties respectfully request that all remaining deadlines and case settings be suspended until this matter is dismissed.

Respectfully submitted this 30th day of April, 2021.

*/s/ J. Gabriel Carpenter*
Harvey B. Campbell, Jr. and
J. Gabriel Carpenter
*Attorneys for Plaintiff*
ALABAMA CONSUMER LAW GROUP, LLC
Post Office Drawer 756
Talladega, AL 35161-0756
(256) 761-1858
buddy@aclg.law
gabe@aclg.law


*/s/ Katrina Marie DeMarte*
Katrina Marie DeMarte
*Attorney for National Credit*
DEMARTE LAW
39555 Orchard Hill Place, Suite 600
PMB 6338
Novi, MI 48357
katrina@demartelaw.com