# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SCAIFE, as Guardian of ANDREW E. SCAIFE,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Case No.: 1:20-cv-00379-CLM** |
| **NATIONAL CREDIT SYSTEMS, INC.,** ) ) ) | |
| **Defendant.** ) | |

## **ORDER**

The court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before July 2, 2021** that final settlement documentation could not be completed. If the court does not hear from the parties by then, the case will be dismissed with prejudice. The parties may request additional time to file dismissal documents if necessary. All pending deadlines and settings in this case, including the pretrial conference set for May 14, 2021 and jury trial set for June 10, 2021, are cancelled.

The court **DIRECTS** the clerk to close this case.

**DONE** and **ORDERED** this May 3, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE