FILED

2021 Jul-06  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SCAIFE, as** | ) | |
| **Guardian of ANDREW E.** | ) | |
| **SCAIFE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:20-cv-00379-CLM** |
| | ) | |
| **NATIONAL CREDIT** | ) | |
| **SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL ORDER

In accordance with this court's previous dismissal order (doc. 83), the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

Costs taxed as paid.

**DONE** and **ORDERED** on July 6, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE